1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  Adam A. Reeves (NYSBN 2363877)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: Adam.Reeves@usdoj.gov

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0142 SI (BZ) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 14, 2010 TO APRIL 30, 2010 |
| LEONORA C. POMAR, | |
| Defendant. | |

The defendant, LEONORA C. POMAR, represented by Nina Wilder, Esquire, and the government, represented by Thomas E. Stevens, Assistant United States Attorney, appeared before the Honorable Bernard Zimmerman on April 14, 2010, for arraignment and plea. Judge Zimmerman set the next appearance for April 30, 2010, before the Honorable Susan Illston.

Counsel for the government requested that time be excluded under the Speedy Trial Act between April 14 and April 30 to allow time for the government to produce discovery and for defense counsel to review same. The defendant's counsel stated that she had no objection to excluding time.

Based upon the representation of counsel and for good cause shown, the Court finds that

ORDER EXCLUDING TIME
Case No. CR 10-0142 SI (BZ)

1 | failing to exclude the time between April 14, 2010, and April 30, 2010, would unreasonably deny
2 | the defendant and her counsel the reasonable time necessary for effective preparation, taking into
3 | account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds
4 | that the ends of justice served by excluding the time between April 14, 2010, and April 30, 2010,
5 | from computation under the Speedy Trial Act outweigh the best interests of the public and the
6 | defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April
7 | 14, 2010, and April 30, 2010 shall be excluded from computation under the Speedy Trial Act. 18
8 | U.S.C. § 3161(h)(7)(A) and (B)(iv).

10 | DATED: April 16, 2010

Hon. Bernard Zimmerman
United States Magistrate Judge

ORDER EXCLUDING TIME
Case No. CR 10-0142 SI (BZ)                    -2-