Nina Wilder (SBN 100474)
Law Offices Of
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone (415) 431-3472
Facsimile  (415) 552-2703

Attorneys for Defendant
LEONORA C. POMAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>LEONORA C. POMAR,<br><br>    Defendant. | No. CR-10-00142-SI(BZ)<br><br>**DEFENDANT'S UNOPPOSED REQUEST AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |

    Defendant Leonora C. Pomar's's hereby requests that the conditions of her release shall be modified to extend permission to travel to the Eastern District of California for work purposes, in addition to the Northern District of California and Vallejo, California..

    Ms. Pomar works as a real estate agent and has potential clients who are interested in properties in the Eastern District. Ms. Pomar's conditions of release currently permit her to travel to Vallejo in Solano County, Eastern District of California, where she owns a residence, in addition to the Northern District of California.

    Assistant U.S. Attorney Adam A. Reeves, who is handling the matter for the government, has no objection to the requested modification. Pretrial Services Officer Joshua Libby, who supervises Ms. Pomar, also has no objection to the modification. All other previously-imposed conditions of release shall remain in effect.

STIPULATION AND ORDER MODIFYING
CONDITIONS OF RELEASE (CR 10-00142-SI)

1

Respectfully submitted,

Dated: April 26, 2010          / s / *Nina Wilder*

NINA WILDER
Attorney for Defendant
LEONORA C. POMAR

## ORDER

Pursuant to the unopposed request of defendant Leonora C. Pomar,

**IT IS HEREBY ORDERED** that defendant's conditions of release are modified to permit her to travel to the Eastern District of California for work purposes, in addition to the Northern District of California and Vallejo, California.

All other conditions of release remain in effect.

Dated: 27 April 2010

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

STIPULATION AND ORDER MODIFYING
CONDITIONS OF RELEASE (CR 10-00142-SI)      2