*E-Filed 1/5/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>LEONORA C. POMAR,<br>    Defendant.<br>_____/ | No. CR 10-00142 SI |

[~~PROPOSED~~] **ORDER RESCHEDULING HEARING**

IT IS HEREBY ORDERED that defendant LEONORA POMAR may travel to Herlong, California on January 6, 2011 and return on January 7, 2011, provided she provide her pretrial services officer with a telephone number at which she can be reached during her absence.

Dated: 1/5/11

_____
THE HONORABLE SUSAN ILLSTON
U.S. District Judge
for